# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | Chapter 13 |
|---|---|---|
|    Kristin A. Large | : | |
| | : | Bankruptcy Case No.: 20-13811-AMC |
|    Debtor(s) | : | |

## PRAECIPE TO WITHDRAW

Kindly withdraw the <u>Application for Compensation</u> filed on December 8, 2020 at Docket Entry#16.

DATED: 12/9/2020        BY:   */s/ Brad J. Sadek*

                                                         Brad J. Sadek, Esq.
                                                         Sadek and Cooper Law Offices
                                                         1315 Walnut Street, Suite 502
                                                         Philadelphia, PA 19107
                                                         215-545-0008
                                                         Attorney for Debtors