UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Kristin A Large<br><br><br><br>    Debtor | Chapter 13<br>Bankruptcy No.20-13811-AMC |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 12th day of January, 2021, by first class mail upon those listed below:

Kristin A Large
4305 Linden Avenue
Philadelphia, PA  19114

**Electronically via CM/ECF System Only:**

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET    SUITE 502
PHILADELPHIA, PA  19107


                                                */s/ Deborah A. Earnshaw*
                                                Deborah A. Earnshaw
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee