| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-13811-AMC

Kristin A Large
4305 Linden Avenue
Philadelphia  PA   19114

Petition Filed Date: 09/23/2020
341 Hearing Date: 10/23/2020
Confirmation Date: 05/26/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2021 | $481.00 | | 05/14/2021 | $481.00 | | 06/11/2021 | $482.00 | |
| 07/26/2021 | $482.00 | | 08/26/2021 | $482.00 | | 09/23/2021 | $482.00 | |
| 10/21/2021 | $485.00 | | 11/23/2021 | $485.00 | | 12/20/2021 | $487.00 | |
| 01/27/2022 | $490.00 | | 02/25/2022 | $490.00 | | 03/25/2022 | $495.00 | |
| 04/21/2022 | $498.00 | | 05/19/2022 | $499.00 | | 06/30/2022 | $499.00 | |
| 07/19/2022 | $500.00 | | | | | | | |

**Total Receipts for the Period: $7,818.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,218.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NAVIENT SOLUTIONS INC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NAVIENT SOLUTIONS INC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NAVIENT SOLUTIONS INC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $836.92 | $0.00 | $836.92 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO<br>»» 07S | Secured Creditors | $819.13 | $226.99 | $592.14 |
| 8 | WELLS FARGO<br>»» 07U | Unsecured Creditors | $405.26 | $0.00 | $405.26 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $630.52 | $0.00 | $630.52 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» 009 | Unsecured Creditors | $845.77 | $0.00 | $845.77 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,191.37 | $0.00 | $1,191.37 |
| 12 | EDUCATIONAL CREDIT MGMT CORP<br>»» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $2,559.19 | $0.00 | $2,559.19 |
| 14 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $6,276.44 | $0.00 | $6,276.44 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $89.80 | $15.66 | $74.14 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $438.69 | $0.00 | $438.69 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,102.17 | $0.00 | $1,102.17 |
| 18 | VERIZON BY AILP AS AGENT<br>»» 017 | Unsecured Creditors | $53.12 | $0.00 | $53.12 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $2,967.74 | $0.00 | $2,967.74 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,608.34 | $0.00 | $1,608.34 |
| 21 | FREEDOM MORTGAGE CORPORATION<br>»» 020 | Mortgage Arrears | $21,432.87 | $5,939.33 | $15,493.54 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,190.00 | $3,190.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,218.00 | Current Monthly Payment: | $481.00 |
| Paid to Claims: | $9,371.98 | Arrearages: | ($122.00) |
| Paid to Trustee: | $836.81 | Total Plan Base: | $28,374.00 |
| Funds on Hand: | $9.21 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.