**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>KRISTIN A. LARGE<br>　　Debtor | Case No. 20-13811-amc |
| Freedom Mortgage Corporation,<br>　　Movant | Chapter 13 |
| vs.<br>KRISTIN A. LARGE<br>　　Respondent | 11 U.S.C. §362 |

**ORDER**

**AND NOW**, this 27th day of June, 2023, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Ashely M Chan
United States Bankruptcy Judge