## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Kristin A Large | : | Chapter 13 |
| | : | Case No.: 20-13811-AMC |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.


Dated: July 13, 2023               /s/ Brad J. Sadek, Esquire
                                   Brad J. Sadek, Esquire
                                   Sadek and Cooper Law Offices, LLC
                                   1500 JFK Boulevard, Suite #220
                                   Philadelphia, Pa 19102
                                   brad@sadeklaw.com
                                   215-545-0008