**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| Kristin A Large | : | Chapter 13 |
| | : | Case No.: 20-13811-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: July 21, 2023         /s/ Brad J. Sadek, Esquire
                             Brad J. Sadek, Esquire
                             Sadek Law Offices
                             1500 JFK Boulevard, Suite 220
                             Philadelphia, Pa 19102
                             215-545-0008