# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>KRISTIN A. LARGE<br>　　Debtor | Case No. 20-13811-amc |
| Freedom Mortgage Corporation,<br>　　Movant | Chapter 13 |
| vs.<br>KRISTIN A. LARGE<br>　　Respondent | 11 U.S.C. §362 |

## ORDER

**AND NOW**, this  28th  day of  July , 2023, it is hereby **ORDERED** that the corresponding [Amended] Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Ashely M Chan
United States Bankruptcy Judge