# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    KRISTIN A. LARGE | : | Chapter 13 |
| | : | Case No.: 20-13811-AMC |
| Debtor | : | |

## O R D E R

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation, and after notice and an opportunity to be heard, it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified.

~~FURTHER ORDERED:~~

BY THE COURT:

Dated: August 2, 2023

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE