Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-13811-AMC

Kristin A Large
4305 Linden Avenue
Philadelphia  PA    19114

Petition Filed Date: 09/23/2020
341 Hearing Date: 10/23/2020
Confirmation Date: 05/26/2021

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $590.00 | | 09/21/2023 | $520.00 | | 10/19/2023 | $520.00 | |
| 11/16/2023 | $520.00 | | 12/14/2023 | $520.00 | | 01/25/2024 | $520.00 | |
| 02/23/2024 | $520.00 | | 03/21/2024 | $520.00 | | 04/18/2024 | $520.00 | |
| 05/31/2024 | $500.00 | | 06/27/2024 | $500.00 | | 07/25/2024 | $520.00 | |

**Total Receipts for the Period: $6,270.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $23,058.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NAVIENT SOLUTIONS LLC »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NAVIENT SOLUTIONS LLC »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NAVIENT SOLUTIONS LLC »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $836.92 | $0.00 | $836.92 |
| 6 | CITIBANK NA »» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO »» 07S | Secured Creditors | $819.13 | $528.25 | $290.88 |
| 8 | WELLS FARGO »» 07U | Unsecured Creditors | $405.26 | $0.00 | $405.26 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $630.52 | $0.00 | $630.52 |
| 10 | DEPARTMENT STORE NATIONAL BANK »» 009 | Unsecured Creditors | $845.77 | $0.00 | $845.77 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $1,191.37 | $0.00 | $1,191.37 |
| 12 | EDUCATIONAL CREDIT MGMT CORP »» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | TD BANK USA NA »» 012 | Unsecured Creditors | $2,559.19 | $0.00 | $2,559.19 |
| 14 | CHASE BANK USA NA »» 013 | Unsecured Creditors | $6,276.44 | $0.00 | $6,276.44 |
| 15 | CITY OF PHILADELPHIA (LD) »» 014 | Secured Creditors | $89.80 | $49.42 | $40.38 |

**Chapter 13 Case No. 20-13811-AMC**

| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $438.69 | $0.00 | $438.69 |
|----|--------------------------------------|---------------------|---------|--------|---------|
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,102.17 | $0.00 | $1,102.17 |
| 18 | VERIZON BY AIS AS AGENT »» 017 | Unsecured Creditors | $53.12 | $0.00 | $53.12 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $2,967.74 | $0.00 | $2,967.74 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $1,608.34 | $0.00 | $1,608.34 |
| 21 | FREEDOM MORTGAGE CORPORATION »» 020 | Mortgage Arrears | $21,432.87 | $14,172.03 | $7,260.84 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,190.00 | $3,190.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 22 | FREEDOM MORTGAGE CORPORATION »» 20P | Mortgage Arrears | $3,251.51 | $1,122.72 | $2,128.79 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,058.00 | Current Monthly Payment: | $668.00 |
| Paid to Claims: | $20,562.42 | Arrearages: | $1,894.00 |
| Paid to Trustee: | $2,009.21 | Total Plan Base: | $33,636.00 |
| Funds on Hand: | $486.37 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit
www.ndc.org.