## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**In RE:**

KRISTIN A LARGE

**Chapter:**  13

**Claim Number:** 4

**Case Number:** 20-13811

**Debtor(s)**

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Ford Motor Credit Company, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only          ☐ Payment only          ☑ Notice & Payment

**NOTICE ADDRESS**

FROM:

Ford Motor Credit Company, LLC

P.O. Box 62180

Colorado Springs, CO 80962

TO:

Ford Motor Credit Company, LLC

4515 N. Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**PAYMENT ADDRESS**

FROM:

Ford Motor Credit Company, LLC

Dept 55953 P.O. Box 55000

Detroit, MI 48255

TO:

Ford Motor Credit Company, LLC

PO Box 650004

Dallas, TX 75265-0004

Date:  12/17/2024

/s/ Shubham Tandlekar

Creditor's Authorized Agent for Ford Motor Credit Company, LLC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**In RE:**

                                                 **Chapter:** 13

    KRISTIN A LARGE                             **Case Number:** 20-13811

**Debtor(s)**

### Certificate of Service

I certify that on 12/17/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

  Via CM / ECF / NEF

  Attorney for Debtor
  BRAD J SADEK
  BRAD@SADEKLAW.COM

  Trustee
  SCOTT F WATERMAN

                                      /s/ Shubham Tandlekar
                                      Shubham Tandlekar
                                      AIS Portfolio Services, LLC
                                      4515 N Santa Fe Ave. Dept. APS
                                      Oklahoma City, OK 73118
                                      833-965-2361
                                      ECFNotices@aisinfo.com