| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 20-13811-AMC**

Kristin A Large
4305 Linden Avenue
Philadelphia  PA   19114

Petition Filed Date: 09/23/2020
341 Hearing Date: 10/23/2020
Confirmation Date: 05/26/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | $520.00 | | 09/20/2024 | $520.00 | | 10/22/2024 | $2,043.00 | |
| 10/22/2024 | $668.00 | | 11/15/2024 | $668.00 | | 12/27/2024 | $670.00 | |
| 01/24/2025 | $670.00 | | 02/24/2025 | $670.00 | | 03/20/2025 | $670.00 | |
| 04/17/2025 | $670.00 | | 05/15/2025 | $670.00 | | 06/12/2025 | $670.00 | |
| 07/10/2025 | $670.00 | | | | | | | |

**Total Receipts for the Period: $9,779.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $32,987.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | NAVIENT SOLUTIONS LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | NAVIENT SOLUTIONS LLC<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | NAVIENT SOLUTIONS LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $836.92 | $0.00 | $836.92 |
| 6 | CITIBANK NA<br>»» 006 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK NA<br>»» 07S | Secured Creditors | $819.13 | $816.64 | $2.49 |
| 8 | WELLS FARGO BANK NA<br>»» 07U | Unsecured Creditors | $405.26 | $0.00 | $405.26 |
| 9 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $630.52 | $0.00 | $630.52 |
| 10 | DEPARTMENT STORE NATIONAL BANK<br>»» 009 | Unsecured Creditors | $845.77 | $0.00 | $845.77 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,191.37 | $0.00 | $1,191.37 |
| 12 | EDUCATIONAL CREDIT MGMT CORP<br>»» 011 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | TD BANK USA NA<br>»» 012 | Unsecured Creditors | $2,559.19 | $0.00 | $2,559.19 |
| 14 | CHASE BANK USA NA<br>»» 013 | Unsecured Creditors | $6,276.44 | $0.00 | $6,276.44 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | CITY OF PHILADELPHIA (LD)<br>»» 014 | Secured Creditors | $89.80 | $82.56 | $7.24 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 015 | Unsecured Creditors | $438.69 | $0.00 | $438.69 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,102.17 | $0.00 | $1,102.17 |
| 18 | VERIZON BY AIS AS AGENT<br>»» 017 | Unsecured Creditors | $53.12 | $0.00 | $53.12 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $2,967.74 | $0.00 | $2,967.74 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $1,608.34 | $0.00 | $1,608.34 |
| 21 | FREEDOM MORTGAGE CORPORATION<br>»» 020 | Mortgage Arrears | $21,432.87 | $21,367.71 | $65.16 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $3,190.00 | $3,190.00 | $0.00 |
| 0 | BRAD J SADEK ESQ | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 22 | FREEDOM MORTGAGE CORPORATION<br>»» 20P | Mortgage Arrears | $3,251.51 | $3,232.41 | $19.10 |
| 23 | FIRSTMARK SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | RESURGENT CAPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | SAVIT COLLECTION AGENCY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,987.00 | Current Monthly Payment: | $668.00 |
| Paid to Claims: | $30,189.32 | Arrearages: | ($19.00) |
| Paid to Trustee: | $2,790.76 | Total Plan Base: | $33,636.00 |
| Funds on Hand: | $6.92 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.