Certificate Number: 03088-PAE-DE-040133637

Bankruptcy Case Number: 20-13811



03088-PAE-DE-040133637

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on September 26, 2025, at 2:42 o'clock PM CDT, Kristin A Large completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 26, 2025            By:    /s/Doug Tonne

Name:  Doug Tonne

Title:   Counselor