United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13811-amc |
| Kristin A Large | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 29, 2025 | Form ID: 138OBJ | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristin A Large, 4305 Linden Avenue, Philadelphia, PA 19114-3931 |
| 14539981 | + | American Student Asst, Attn: Bankruptcy, 100 Cambridge St., Ste 1600, Boston, MA 02114-2518 |
| 14548618 | | FREEDOM MORTGAGE CORPORATION, c/o Jerome B. Blank, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14582169 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14582256 | + | Freedom Mortgage Corporation, c/o Andrew Spivak, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14566133 | + | Freedom Mortgage Corporation, c/o Rebecca Solarz, Esq, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14540005 | + | Phelan Hallinan Diamond and Jones, 1617 JFK blvd., Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 30 2025 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2025 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14539982 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 30 2025 00:07:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14560734 | | Email/Text: megan.harper@phila.gov | Sep 30 2025 00:07:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14539983 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 30 2025 00:17:06 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14539984 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2025 00:17:03 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14552815 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2025 00:07:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14546569 | | Email/Text: mrdiscen@discover.com | Sep 30 2025 00:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14539985 | + | Email/Text: mrdiscen@discover.com | Sep 30 2025 00:07:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14558435 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 30 2025 00:07:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14539986 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | | |

Case 20-13811-amc   Doc 85   Filed 10/01/25   Entered 10/02/25 00:38:47   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2025 | Form ID: 138OBJ | Total Noticed: 44 |

| ID | Flag | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 30 2025 00:07:00 | Firstmark Services, Attn: Bankruptcy Dept., P.O. Box 82522, Lincoln, NE 68501 |
| 14539987 | | Email/Text: EBNBKNOT@ford.com | Sep 30 2025 00:07:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 14546480 | | Email/Text: EBNBKNOT@ford.com | Sep 30 2025 00:07:00 | Ford Motor Credit Company, LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 14566041 | ^ | MEBN | Sep 30 2025 00:05:47 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14864844 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 30 2025 00:17:01 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14961274 | | Email/Text: EBNBKNOT@ford.com | Sep 30 2025 00:07:00 | Ford Motor Credit Company, LLC, PO Box 650004, Dallas, TX 75265-0004 |
| 14961273 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 30 2025 00:17:03 | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14539988 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 30 2025 00:07:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14565448 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 30 2025 00:07:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-7939 |
| 14559709 | + | Email/Text: RASEBN@raslg.com | Sep 30 2025 00:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14539989 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2025 00:17:01 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14546083 | | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 30 2025 00:17:02 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14539990 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 30 2025 00:17:01 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14539993 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 30 2025 00:17:01 | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14540004 | + | Email/Text: bnc@nordstrom.com | Sep 30 2025 00:07:12 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14554493 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 30 2025 00:07:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14540006 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2025 00:17:01 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14561556 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2025 00:17:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14551899 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2025 00:07:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14540007 | + | Email/Text: bankruptcy@savit.com | Sep 30 2025 00:07:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 14540008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2025 00:17:07 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14563457 | ^ | MEBN | Sep 30 2025 00:05:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

Case 20-13811-amc    Doc 85    Filed 10/01/25    Entered 10/02/25 00:38:47    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2025 | Form ID: 138OBJ | Total Noticed: 44 |

| 14559478 | + Email/Text: bncmail@w-legal.com | | |
|---|---|---|---|
| | | Sep 30 2025 00:07:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14540009 | + Email/Text: bncmail@w-legal.com | | |
| | | Sep 30 2025 00:07:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14562421 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Sep 30 2025 00:17:02 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14549955 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Sep 30 2025 01:07:50 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14540010 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | Sep 30 2025 01:07:50 | Wf/Fmg, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14548635 | * | Freedom Mortgage Corporation, c/o Jerome B. Blank, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14539991 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14539992 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14539994 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14539995 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14539996 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14539997 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14539998 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14539999 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14540000 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14540001 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14540002 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14540003 | *+ | Naviet, Attn: Claims Dept, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14710297 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2025           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2025 | Form ID: 138OBJ | Total Noticed: 44 |

wbecf@brockandscott.com

**BRAD J. SADEK**
on behalf of Debtor Kristin A Large brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com

**DENISE ELIZABETH CARLON**
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

**JEROME B. BLANK**
on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com

**MARIO J. HANYON**
on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
mario.hanyon@brockandscott.com

**SCOTT F. WATERMAN [Chapter 13]**
ECFMail@ReadingCh13.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)−doc 84 − 76

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Kristin A Large ) | Case No. 20−13811−amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania<br>
900 Market Street<br>
Suite 400<br>
Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 29, 2025                For The Court

                                                                                      Mohung Wong<br>
                                                                                     Clerk of Court